976 F.2d 725
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Donald Milton BOYSAW, Plaintiff-Appellant,
v.
L. Douglas WILDER; Virginia Parole Board, Defendants-Appellees.
 No. 92-6732.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: August 31, 1992
Decided: September 24, 1992
 
 Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, Chief District Judge. (CV-92-204-R)
 Donald Milton Boysaw, Appellant Pro Se.
 Reneen Evat Hewlett, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.
 W.D.Va.
 AFFIRMED.
 Before SPROUSE and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Donald Milton Boysaw appeals from the district court's order denying relief under 42 U.S.C. § 1983 (1988). Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Boysaw v. Wilder, No. CV-92-204-R (W.D. Va. July 9, 1992). We deny Boysaw's motions to appoint counsel and to consolidate this appeal with No. 92-6250, Boysaw v. Deans. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED